[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 16, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15908
Non-Argument Calendar

_____

D. C. Docket No. 07-00057-CR-001-WDO-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS FORD, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(July 16, 2008)**

Before BIRCH, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

John R. Francisco, appointed counsel for Thomas Ford, Jr., in this appeal,

has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ford's sentence is **AFFIRMED**.